**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8190**

DANNY RUSSELL REDDEN,

             Plaintiff – Appellant,

      v.

HENRY DARGAN MCMASTER, Attorney General; S. PRENTISS COUNTS,
Assistant Attorney General; DEBORAH RJ SHUPE, Assistant
Attorney General; JOHN DOE, Horry County Solicitor's Office;
HAROLD W. GOWDY, III, Solicitor Seventh Judicial Circuit;
MARK MORIN, Assistant Solicitor Cherokee County,

             Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Cameron McGowan Currie, District
Judge.  (8:08-cv-02845-CMC)

Submitted:  February 19, 2009     Decided:  February 26, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Russell Redden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Russell Redden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Redden v. McMaster, No. 8:08-cv-02845-CMC (D.S.C. Sept. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED